UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In Re:

JERALD W. MEYERS and
GWENDOLYN ANN MEYERS,
        Debtor.         Case No. 05-11955 MA

**DEFAULT ORDER ON DEBTOR'S MOTION FOR TO COMPEL CHAPTER 7 TRUSTEE TO ABANDON CERTAIN PROPERTY OF THE ESTATE**

THIS MATTER, having come before the Court upon Debtors' Motion to Compel the Chapter 7 Trustee to abandon certain property of the estate, the Debtors, Jerald W. Meyers and Gwendolyn Ann Meyers, appearing by and through their counsel, Law Offices of Ron Holmes (Ron Holmes), and the Court having been fully informed in the premises FINDS:

1. Debtors filed a Chapter 7 Bankruptcy on March 15, 2005.

2. Debtors filed their Motion to Compel the Trustee to Abandon property of the estate on October 2, 2007.

3. Debtors served the notice of deadline for filing objections to all parties in interest on October 3, 2007. The deadline for filing objections to Debtor's Motion expired on October 26, 2007. No objections have been filed.

4. Debtor is the record owner of real property, to wit:

    1.    202 Bornite, Tyrone, NM - value of approx. $70,000.00 with debt of $62,307.00 as of Petition date.

5. The property is of inconsequential value to the estate and should be abandoned by the Trustee.

6. Debtor's Motion to abandon the above described property is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, that the Trustee is hereby deem to have abandoned the below described property. Upon entry of this order, the below property is deemed to no longer be part of the bankruptcy estate.

1. 202 Bronite, Tyrone, NM

IT IS SO ORDERED.

_____
HONORABLE MARK B. MCFEELEY
UNITED STATES BANKRUPTCY JUDGE

Respectfully submitted,

**LAW OFFICES OF RON HOLMES**

 /s/ submitted by email 11-8-07
By Ron Holmes
Attorney For Debtor
112 Edith NE
Albuquerque, NM 87102
(505) 268-3999/268-3939 Fax

Parties entitled to notice:

| Phillip Montoya<br>Chapter 7 Trustee<br>P.O. Box 159<br>Albuquerque, NM 87103-0159 | U.S. Trustee<br>P.O. Box 608<br>Albuquerque, NM 87102 | Bonnie B. Gandarilla<br>Attorney for Phillip Montoya<br>Moore, Berkson & Gandarilla, PC<br>PO Box 216<br>Albuquerque, NM 87103 |
|---|---|---|